**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MAUSOOM SHAH HUSSAIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-525-KC** |
| | § | |
| **PAMELA BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case.  On March 12, 2026, the Court ordered

Respondents to file a status report, by April 13, detailing (1) whether a travel document request

was submitted to the Afghanistan Embassy in Qatar, and if so, the date of submission, and if not,

the anticipated timeline for submission; (2) if a request was submitted, whether it was approved,

and if so, the date of approval, and if not, the anticipated timeline for approval; (3) if a request

was approved, whether the transportation letter request was submitted to the Afghanistan

Embassy in Quatar, and if so, the date of submission, and if not, the anticipated timeline for

submission; (4) if the transportation letter request was submitted, whether it was approved, and if

so, the date of approval, and if not, the anticipated timeline for approval; (5) whether any third

countries were identified for Hussain's removal and the concrete steps taken to obtain travel

documents from those third countries; and (6) whether Hussain agreed to self-deport, and if so,

to which country, and the expected timeline for his deportation and any obstacles.  Mar. 12,

2026, Order 2–3, ECF No. 9.

On April 13, Respondents filed a Status Report, ECF No. 10, to which they attached the

Declaration of Acting Supervisory Detention and Deportation Officer Guadalupe Tello ("Tello

Decl."), ECF No. 10-1.  According to Tello, "[o]nce all foreign identification documents are gathered, they will be submitted to the ERO attaché on or about May 4, 2026."  Tello Decl. ¶ 5.  "The information will then be submitted to the State Department," who will then "work with the Qatari Ministry of Foreign Affairs, who in turn will work with the Embassy of the Islamic Emirates of Afghanistan (Taliban) in Doha, Qatar."  *Id.* ¶ 7.  Respondents also inform the Court that "[t]here is no indication that [Hussain] has agreed to self-deport or that a third country has been identified at this time."  Status Report 1.

In sum, Respondents are collecting the required information to be submitted to the State Department in order to obtain the necessary documents to remove Hussain to Afghanistan.  And they provide a deadline by which they plan to do so.  Because Respondents are actively taking steps to remove Hussain to Afghanistan, the Court finds it appropriate to order another status report.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than June 15, 2026**, detailing the following:

(1) Whether the foreign identification documents were submitted to the ERO attaché, and if so, the date of submission, and if not, why, and the anticipated timeline for submission;

(2) If the foreign identification documents were submitted to the ERO attaché, whether they were submitted to the State Department, and if so, the date of submission, and if not, why, and the anticipated timeline for submission;

(3) If the foreign identification documents were submitted to the State Department, whether the Embassy of the Islamic Emirates of Afghanistan (Taliban) in Qatar has

issued a transportation letter for Hussain, and if not, the anticipated timeline for issuance and any obstacles.

**SO ORDERED**.

**SIGNED this 14th day of April, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE